In the Matter of Supplementary Proceedings: DOCTORS SERVICE CORPS, INC., Judgment Creditor, Respondent, v. EVELYN ROBBINS, Judgment Debtor.

EVELYN GOLDSTEIN, Appellant.

Supreme Court, Appellate Term, First Department, February 5, 1926.

**Execution — supplementary proceedings — failure to serve defendant with summons vitiates all proceedings subsequent to judgment — examination of third party vacated.**

An examination of a third party in proceedings supplementary to execution cannot be had where the defendant therein was never served with a summons, since all proceedings subsequent to the judgment were void.

APPEAL by defendant from an order of the City Court of the City of New York, denying a motion to vacate two orders for the examination of a third person.

*Harry Levin*, for the appellant.

*Morris P. Schaffer*, for the respondent.

PER CURIAM. The defendant was never served with a summons in this action. All the proceedings subsequent to the judgment and based thereon were, therefore, void. Order appealed from

reversed, with ten dollars costs and disbursements, and motion to vacate the two orders for the examination of the United National Bank as a third party in proceedings supplementary to execution is granted, with ten dollars costs.

All concur; present, BIJUR, DELEHANTY and WAGNER, JJ.